Hellerstein, A

JUDGE HELLERSTEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Greenstick Corp. d/b/a Legends New York City,

                                        Plaintiff,

                -against-

Robert Kennerney,

                                        Defendant.

---

16 CV 7388

___ Civ. ____ (    ) ·

**ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION**

Upon the declarations of Diarmuid (Jack) Keane, Kevin M. Wallace and Noel Firth, sworn to the 13th, 20th, and 21st days, respectively, of September, 2016, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 14D United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on Sep. 26, 2016, at 10:30 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from as alleged in the complaint

_____ ; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before 4:00 o'clock in the afternoon, Sep. 24, 2016, shall be deemed good and sufficient service, thereof.

DATED:    New York, New York

ISSUED:   Sep. 22, 2016
          1:00 p.m.

_____
United States District Judge  ψ~

Security is the amount of $) _____ will be posted by _____
to be determined on argument;

AAB